IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00863-BNB

ROBERT A. KILGORE,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, and
DIRECTOR HARLEY G. LAPPIN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 3 2008

GREGORY C. LANGHAM
                CLERK

---

ORDER TO FILE AMENDED COMPLAINT

---

Plaintiff is a prisoner in the custody of the United States Bureau of Prisons (BOP) who currently is incarcerated at USP Florence. Mr. Kilgore has filed a *pro se* Prisoner Complaint pursuant to ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388, and 28 U.S.C. § 1331, in which he asserts that he was a member of the Aryan Brotherhood, that he now works with the prison staff against gang violence, and that as a result he has been labeled a snitch and subject to inmate assaults. He further asserts that he has been transferred numerous times to different facilities because of the many assaults that he has incurred. He now is housed at USP Florence where he alleges he has been confronted by white supremacy gang members. Plaintiff also asserts that he has requested to be placed in protective custody due to the recent confrontation, but his request has been denied. Plaintiff contends that prison staff's failure to protect him violates his Eighth Amendment rights. Plaintiff seeks money damages and a transfer to a more secure facility.

The Court must construe the Complaint liberally because Mr. Kilgore is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should act as a *pro se* litigant's advocate. **Hall**, 935 F.2d at 1110. The Court has reviewed the Complaint and has determined that it is deficient. For the reasons stated below, Mr. Kilgore will be ordered to file an Amended Complaint.

Mr. Kilgore may not sue the Federal Bureau of Prisons in a **Bivens** action for money damages because the United States is immune from a **Bivens** claim for money damages. **FDIC v. Meyer**, 510 U.S. 471, 486 (1994); **Chapoose v. Hodel**, 831 F.2d 931, 935 (10th Cir. 1987).

Mr. Kilgore also must allege how Defendant Harley G. Lappin personally participated in violating his Eighth Amendment rights. Personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, the plaintiff must show that each defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993).

A defendant, such as the Director of the BOP, may not be held liable merely because of his or her supervisory position. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); **McKee v. Heggy**, 703 F.2d 479, 483 (10th Cir. 1983). Supervisor

2

liability requires either personal direction or actual knowledge of and acquiescence in the alleged constitutional violation. *See Woodward v. City of Worland*, 977 F.2d 1392, 1400 (10th Cir. 1992); *Meade v. Grubbs*, 841 F.2d 1512, 1528 (10th Cir. 1988). Accordingly, it is

ORDERED that Mr. Kilgore **within thirty days from the date of this Order** file an Amended Complaint that complies with the directives of this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Kilgore, together with a copy of this Order, two copies of the Prisoner Complaint form for use in filing the Amended Complaint. It is

FURTHER ORDERED that Mr. Kilgore submit sufficient copies of the Amended Complaint to serve each named Defendant. It is

FURTHER ORDERED that if Mr. Kilgore fails to comply with this Order to the Court's satisfaction, within the time allowed, the Complaint and the action will be dismissed without further notice.

DATED June 23, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00863-BNB

Robert A. Kilgore
Reg. No. 88707-011
USP - Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER, and two copies of the Prisoner Complaint form** to the above-named individuals on 6/23/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk