IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00863-BNB

ROBERT A. KILGORE,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, and
DIRECTOR HARLEY G. LAPPIN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 07 2008

GREGORY C. LANGHAM
CLERK

## ORDER DISMISSING CASE

Plaintiff Robert A. Kilgore, a federal prisoner housed in the State of Colorado, initiated this action by filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On June 23, 2008, Magistrate Judge Boyd N. Boland entered an order directing Plaintiff to file an Amended Complaint.

On June 27, 2008, Plaintiff filed a Letter with the Court requesting that the action be dismissed. The Court must construe the Letter liberally because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or of a motion for summary judgment . . . ." No answer has been filed by Defendants in this action. Further, a voluntary dismissal under Rule 41(a)(1) is effective

immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2$^d$ ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2$^d$ 501, 507 (10th Cir. 1968).

The Court, therefore, construes the Letter as a Notice of Dismissal filed pursuant to Rule 41(a)(1)(A)(i). The file will be closed as of June 27, 2008, the date the Notice was filed with the Court. *See **Hyde Constr. Co.***, 388 F.2$^d$ at 507. Accordingly, it is

ORDERED that the Letter is construed as a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective as of June 27, 2008, the date Plaintiff filed the Notice in the action.

DATED at Denver, Colorado, this 3 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00832-BNB

Robert A. Kilgore
Reg. No. 88707-011
USP - Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/7/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk